# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 8, 2006

130701

TAMMY LaCROSS, et al,
     Plaintiffs-Appellees,

v

NANCY ZANG, et al,
     Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130701
COA: 267132
Washtenaw CC: 05-000944-CZ

On order of the Court, the application for leave to appeal the January 31, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Washtenaw Circuit Court for reconsideration of defendants' motion for summary disposition pursuant to *Zsigo v Hurley Medical Center* (Docket No. 126984), 475 Mich 215 (2006).

KELLY, J., would deny leave to appeal for the reasons stated in her dissent in *Zsigo v Hurley Medical Center* (Docket No. 126984), 475 Mich 215 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 8, 2006

_____
Clerk